IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA HANKINS,

        Plaintiff,           CIV. S-03-1603-WBS-PAN-PS

    v.

TELECARE CORPORATION,              ORDER

        Defendant.

_____

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On March 8, 2005, Judge Nowinski recommended that plaintiff's action be dismissed.  No objections to the findings and recommendation have been filed.

        The court having reviewed the entire file de novo, IT IS HEREBY ORDERED that defendant's motion for summary judgment be, and the same hereby is, GRANTED; and it is further ordered

///

///

1  that this action be, and the same hereby is, DISMISSED with
2  prejudice.
3  DATED: May 4, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE